In the Matter of the Application of HELEN Y. PIETSCH, Relator, for a Certiorari Order against THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK and Others, Respondents.— Determination unanimously confirmed and certiorari proceeding dismissed, with ten dollars costs and disbursements. The petitioner's remedy, if any, is by an application to the board of education to be restored to active service under subdivision L4 of section 1092 of the Greater New York Charter.■ Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ROSE LEBEDENSKY, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Order denying, upon condition, defendant's motion to dismiss the action for failure to serve complaint, and order opening plaintiff's default upon condition, affirmed, without costs. Plaintiff may serve her complaint within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MARTIN S. LINDGROVE, Respondent, v. SCHLUTER & COMPANY, INC., and Others, Appellants, and Others, Defendants.— Order denying motion to dismiss the first and second causes of action in the amended complaint for insufficiency, to dismiss the amended complaint for a defect of parties plaintiff, or, in the alternative, to strike out certain paragraphs of the amended complaint, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Appellants may answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

TONY LOMBARDI, Respondent, Appellant, v. UNITED HOISTING CO., INC., Defendant, and GREENFIELD IRON WORKS, INC., Respondent. JOSEPH HOLME, INC., Appellant; PATERNO BROS., INC., Defendant.†— Judgment, in so far as appealed from, affirmed, with costs to plaintiff against defendant Joseph Holme, Inc. No opinion. Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents upon the ground that the operation of the elevator was not the proximate cause of the accident; Lazansky, P. J., dissents upon the ground stated by Kapper, J., and upon the further ground that at the time of the accident the hoisting apparatus was not in the control of appellant Joseph Holme, Inc., and Milne was not in its employment.

ANTONIO PERTUSIELLO and ANNA PERTUSIELLO, His Wife, Appellants, v. JOSEPH IADICICCIO and ELIZA IADICICCIO, His Wife, Respondents.†— Judgment reversed upon the law and the facts, with costs to appellants, and judgment directed for plaintiffs for the amount of the down payment of $500 and $192.20, the expenses of the examination of title, with costs. The determination was contrary to the evidence. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Rich, J., dissents. Settle order on notice.